```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

J & J SPORTS PRODUCTIONS, INC.,   :   CIVIL ACTION
                                  :   NO. 14-2456
       Plaintiff,                 :
                                  :
    v.                            :
                                  :
CATHERINE AVILES, et al.,         :
                                  :
       Defendants.                :
```

## O R D E R

**AND NOW,** this **29th** day of **January, 2016,** upon consideration of Defendants' motion for summary judgment and the response thereto (ECF Nos. 25 & 37), as well as Plaintiff's motion for summary judgment and the response thereto (ECF Nos. 35 & 38), and for the reasons provided in the accompanying memorandum opinion, it is hereby **ORDERED** that:

(1) Defendants' motion for summary judgment (ECF No. 25) is **GRANTED** and **JUDGMENT** is entered in favor of the Defendants and against Plaintiff;

(2) Plaintiff's motion for summary judgment is **DENIED** (ECF No. 35); and

(3) The Clerk of Court is directed to mark this case as **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**